UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-2173

UNITED STATES OF AMERICA

v.

PAUL G. SCZUBELEK

Paul Sczubelek,

Appellant

Appeal from the United States District Court
for the District of Delaware
(D.C. No. 94-cr-00008-1)
District Judge: Chief Judge Sue L. Robinson

Argued February 12, 2004

Before: SCIRICA, Chief Judge, ROTH & MCKEE Circuit Judges

JUDGMENT

This case came on to be heard on the record before the United States District Court for the District of Delaware and was argued on February 12, 2004;

On consideration whereof,

IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated April 3, 2003, affirming the District Court's order requiring Sczubelek to report to a phlebotomist and give a DNA sample, and we will remand this case to the District Court for further proceedings consistent with this opinion.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
_____
Clerk

Dated: March 21, 2005

Certified as a true copy and issued in lieu of a formal mandate on 7/13/05

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit