# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 25, 2005

Clerk
United States Court of Appeals for the Third
Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106



Re:  Paul Sczubelek
     v. United States
     Application No. 05A189
     (Your No. 03-2173)

94-CR-00008-1 D
              SLR

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on August 25, 2005 extended the time to and including December 2, 2005.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by
Sandy Spagnolo
Case Analyst

FILED
SEP 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE