**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

December 7, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

DEC 1 2 2005

SLC

Re: Paul Sczubelek
v. United States
No. 05-7955
(Your No. 03-2173)

94-CR-00008-1D
SLR

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 2, 2005 and placed on the docket December 7, 2005 as No. 05-7955.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst

DEC 15  4 31 PH '05   FILED